IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT W. TESSEN,

    Plaintiff,

v.

CAPT. NELSON, SGT. D. BOETCHER
and OFFICER L.P.L. (?),

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-666-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Robert W. Tessen's failure to state a claim upon which relief can be granted.

/s/                                                      1/4/2017

Peter Oppeneer, Clerk of Court              Date